# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | | |
|---|---|---|
| PO K. LIN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 10-CV-6474 |
| COUNTY OF MONROE; PATRICK O'FLYNN, Sheriff; MONROE COUNTY SHERIFF'S DEPARTMENT; DEPUTY JOEY LUTHER; DEPUTY MICHAEL THOMPSON; and , DEPUTY ROBERT MURPHY, in Their Official and Individual Capacities | ) ) ) ) ) | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: the Defendants' motion for summary judgment is granted in part and denied in part and Defendants are entitled to summary judgment on all Plaintiff's claims, except for Plaintiff's excessive force, assault, and battery claims against Deputy Joey Luther in his individual capacity.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Elizabeth A. Wolford   on a motion for   summary judgment.

Date:   Dec 9, 2014                    *CLERK OF COURT*

                                        s/Michael J. Roemer

*Signature of Clerk or Deputy Clerk*